IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE JACKIEWICZ | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 10-CV-3209 |
| HOSPITAL OF THE UNIVERSITY | : |
| OF PENNSYLVANIA, PENN MEDICINE | : |
| THE TRUSTEES OF THE UNIVERSITY | : |
| OF PENNSYLVANIA | : |

## ORDER

AND NOW, this 15th day of September, 2011, upon consideration of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter entered on August 31, 2011 recommending that Defendants' Motion to Dismiss for failure to prosecute this action be granted and this matter dismissed, and it appearing to this Court that Plaintiff has filed no objections thereto, it is hereby ORDERED that the aforesaid Report and Recommendation is APPROVED and ADOPTED, Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v)(Doc. No. 22) is GRANTED and this matter is DISMISSED WITH PREJUDICE for failure to prosecute.  See, 28 U.S.C. §636(b)(1)(C).

BY THE COURT:

_____
J. CURTIS JOYNER,            C.J.